UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) YARITZA MARTINEZ, a/k/a "Golda,"<br><br>Defendant | Criminal No. 19cr 30030-MGM<br><br>Violations:<br><br>Counts One and Two: Distribution of and Possession with Intent to Distribute Heroin; Aiding and Abetting<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2)<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

INDICTMENT

COUNT ONE
Distribution of and Possession with Intent to Distribute
Heroin; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2)

The Grand Jury charges:

On or about October 23, 2018, in Hampden County, in the District of Massachusetts, the defendant,

YARITZA MARTINEZ, a/k/a "Golda,"

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

1

## COUNT TWO
### Distribution of and Possession with Intent to Distribute Heroin; Aiding and Abetting
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2)

On or about November 6, 2018, in Hampden County, in the District of Massachusetts, the defendant,

### YARITZA MARTINEZ, a/k/a "Golda,"

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Section 841, set forth in Counts One and Two of this Indictment, the defendant,

YARITZA MARTINEZ, a/k/a "Golda,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

3

A TRUE BILL

_____
FOREPERSON *[signed: Nick Seaman]*

_____ *[signed]*
TODD E. NEWHOUSE
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: July 18, 2019 at 11:19 a.m.
Returned into the District Court by the Grand Jurors and filed.

_____ *[signed: Melissa M. Risca]*
DEPUTY CLERK

4